```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15808
   EARL SMITH
   GWENDOLYN A SMITH                            CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-9586    SSN XXX-XX-5241

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/20/2008 and was not confirmed.

     The case was dismissed without confirmation 11/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC          .00          .00           .00
CAPITAL ONE AUTO FINANCE  NOTICE ONLY     NOT FILED           .00           .00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00           .00           .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE   40000.00            .00           .00
CHASE BANK                NOTICE ONLY     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        10365.24            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        7269.94            .00           .00
ARROW FINANCIAL SERVICES  UNSECURED        9513.10            .00           .00
CARSON PIRIE SCOTT        UNSECURED       NOT FILED           .00           .00
CHASE BANK USA NA         UNSECURED       13666.46            .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED        7814.32            .00           .00
DISCOVER CARD             NOTICE ONLY     NOT FILED           .00           .00
LVNV FUNDING LLC          UNSECURED        4160.85            .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED        6218.17            .00           .00
HSBC                      UNSECURED         923.88            .00           .00
PAUL M BACH               DEBTOR ATTY      1,974.00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                        ---------------        ---------------
TOTALS                          .00                     .00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15808 EARL SMITH & GWENDOLYN A SMITH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/25/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |